February 7, 2005

United States District Court
District of Puerto Rico        Letter/Motion
Federal Bldg. Room 150
San Juan, PR    00918-1767



RE: Criminal Case No. 3:97-CR-0076-DRD-ALL

Honorable District Court:

This letter/motion is filed with the District Court requesting an ORDER to unseal documents related to myself in the above criminal matter. The docket sheet reflects numerous motions filed by my attorney (Ms. Aponte-Cabrera) to seal documents and subsequent court action sealing same. This would include, but not be limited to, dk. enteries 489-492, 497-2, 498.

Wherefore, I move to have all sealed documents related to myself unsealed at this time. Alternatively, the Court (or US Atty) should convey to me the substance or nature of all sealed documents related to myself in this case.

Respectfully requested this ___ day of February, 2005.

/s/ William Soto
William Soto-Beniquez
#52697-004
U.S. Penitentiary
PO Box 150160
Atlanta, GA    30315


Certificate of Service

I certify under penalty of perjury that I have served the US Atty with a true and correct copy of this letter/motion by depositing same in the prison legal mailbox with 1st Class postage addressed as follows:

Office of US Attorney
350 Carlos Chardon Street
Suite 1201
San Juan, PR    00918

/s/ William Soto
William Soto-Beniquez
Defendant, Pro Se

| | | |
|---|---|---|
| | | 01/25/1999 (Entered: 01/12/1999) |
| 01/05/1999 | 489 | MOTION by William Soto-Beniquez to Seal Document(s) (np) Modified on 01/25/1999 (Entered: 01/07/1999) |
| 01/05/1999 | 490 | SEALED DOCUMENT as to William Soto-Beniquez (np) Modified on 01/25/1999 (Entered: 01/07/1999) |
| 01/05/1999 | 491 | MOTION by William Soto-Beniquez to Seal Document(s) (np) Modified on 01/25/1999 (Entered: 01/07/1999) |
| 01/05/1999 | 492 | SEALED DOCUMENT as to William Soto-Beniquez (np) Modified on 01/25/1999 (Entered: 01/07/1999) |
| 01/07/1999 | 493 | MOTION SUBMITTING preliminary instruction on notetaking by Juan Soto-Ramirez (np) Modified on 01/25/1999 (Entered: 01/12/1999) |
| 01/07/1999 | 494 | MOTION by Juan Soto-Ramirez for Joinder mot to dism dtd 1/4/99 fld by deft Rene Gonzalez (np) Modified on 01/25/1999 (Entered: 01/12/1999) |
| 01/07/1999 | 495 | MOTION by Juan Soto-Ramirez in Limine (np) Modified on 01/25/1999 (Entered: 01/12/1999) |
| 01/07/1999 | 496 | MOTION by Juan Soto-Ramirez for Leave to File motions after deadline (np) Modified on 01/25/1999 (Entered: 01/12/1999) |
| 01/07/1999 | 497 | Copy of Receipt # 98178 as to Edwin Flores-Encarnacion in the amount of $ 100 re: SMA (np) Modified on 01/25/1999 (Entered: 01/12/1999) |
| 01/07/1999 | | ENDORSED ORDER as to Miguel Vega-Cosme [464-1] motion informing that an officer was seen reading and taking notes from deft's legal docts Noted. as to Miguel Vega-Cosme. The USM is ordered to produce for the first day of trial, Officer Crespo of MDC-Guaynabo. The Court shall interrogate Officer Crespo. The matter does not have to be sealed since the Court and cnsl have all participated and have been advised of this alleged incident ( Entered by Judge Daniel R. Dominguez ) (np) Modified on 01/26/1999 (Entered: 01/12/1999) |
| 01/08/1999 | | ENDORSED ORDER as to William Soto-Beniquez granting [491-1] motion to Seal Document(s) as to William Soto-Beniquez (1) ( Entered by Judge Daniel R. Dominguez ) (np) Modified on 01/26/1999 (Entered: 01/12/1999) |
| 01/08/1999 | 498 | ORDER as to William Soto-Beniquez granting [492-1] document(s) as to William Soto-Beniquez (1) ( Signed by Judge Daniel R. Dominguez ) (np) Modified on 01/25/1999 (Entered: |

| | | |
|---|---|---|
| | | 01/12/1999) |
| 01/08/1999 | | ENDORSED ORDER as to Juan Soto-Ramirez granting [475-1] motion to Seal Document(s) as to Juan Soto-Ramirez (2) ( Entered by Judge Daniel R. Dominguez ) (np) Modified on 01/26/1999 (Entered: 01/12/1999) |
| 01/08/1999 | | ENDORSED ORDER as to Juan Soto-Ramirez granting [476-1] motion SEALED MOTION as to Juan Soto-Ramirez (2) ( Entered by Judge Daniel R. Dominguez ) (np) Modified on 01/26/1999 (Entered: 01/12/1999) |
| 01/08/1999 | | ENDORSED ORDER as to William Soto-Beniquez granting [489-1] motion to Seal Document(s) as to William Soto-Beniquez (1) ( Entered by Judge Daniel R. Dominguez ) (np) Modified on 01/26/1999 (Entered: 01/12/1999) |
| 01/08/1999 | | ENDORSED ORDER as to William Soto-Beniquez [490-1] document(s) Noted. as to William Soto-Beniquez (1) ( Entered by Judge Daniel R. Dominguez ) (np) Modified on 01/26/1999 (Entered: 01/12/1999) |
| 01/08/1999 | 482 | Minute entry as to Luis Torrens-Alicea :, reset Arraignment on Superseding for 11:30 1/12/99 for Luis Torrens-Alicea ( Magistrate Judge Aida M. Delgado-Colon ) (np) Modified on 01/25/1999 (Entered: 01/13/1999) |
| 01/08/1999 | 500 | RESPONSE by USA as to Juan Soto-Ramirez in opposition to [485-1] motion for specific Disclosure (np) Modified on 01/25/1999 (Entered: 01/13/1999) |
| 01/12/1999 | 501 | OPINION AND ORDER as to Juan Enrique Cintron-Caraballo denying deft's renewed req bail pending trial ( Signed by Judge Daniel R. Dominguez ) (np) Modified on 01/25/1999 (Entered: 01/12/1999) |
| 01/12/1999 | 502 | Minute entry as to Luis Torrens-Alicea : Arraignment was not held. reset Arraignment on Superseding for 10:00 1/19/99 for Luis Torrens-Alicea ( Magistrate Judge Aida M. Delgado-Colon ) (np) Modified on 01/25/1999 (Entered: 01/13/1999) |
| 01/12/1999 | 503 | ORDER as to William Soto-Beniquez, Juan Soto-Ramirez, Eduardo Alicea-Torres, Ramon L. Fernandez-Malave, Carmelo Vega-Pacheco, Rene Gonzalez-Ayala, Jose Luis De-Leon-Maysonet, Miguel Vega-Cosme, Miguel Vega-Colon, Juan Enrique Cintron-Caraballo stating list of attys trying this case informing that this case will last two to three months, etc. ( Signed by Judge Daniel R. Dominguez ) (np) Modified on 01/25/1999 (Entered: 01/13/1999) |