UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)                                             CRIM. No. 97-076-01 (DRD)

v.

WILLIAM SOTO BENIQUEZ

Defendant

| MOTION | ORDER |
|---|---|
| Docket entry no. **1595** | **X GRANTED** |
| Date: 02/14/2005 | ❑ DENIED. |
| Title: **LETTER/MOTION, pro se.** | ❑ MOOT. |
| | ❑ NOTED. |
| | ❑ The Government is granted ___ days to respond. |

**IT IS SO ORDERED.**

Date: February 28, 2005               *S/ DANIEL R. DOMINGUEZ*
                                       **DANIEL R. DOMINGUEZ**
                                       **U.S. DISTRICT JUDGE**