January 25, 2005

William Soto-Beniqez
52697-004
U.S. Penitentiary
P.O. Box 150160
Atlanta, Ga. 30315

Mr. Marlene Aponte Cabrera
Attorney at Law
MSC 128
Sierra Morena 271
Las Cumbres
San Juan, P.R. 00926

Re:  Appeal Case No. 01-1619

Dear Mr. Cabrera:

    This letter is written to initiate steps for me to recieve my criminal files/transcripts in your possession. Unfortunately, I did not realize the Supreme Court has long denied my petition for writ of cert. I don't understand why your office nor the Courts informed me, and now I only have until June 1, 2005, to file my §2255 motion. I trust you will help to expedite the reciept of my files in light of your part in my not being made aware of Supreme Court decision until this late date.

    I realize the transcripts are numerous and special arrangments will be needed for me to recieve them all; however, in the meantime, please forward to me opening/closing arguments, jury charges and sentencing transcripts along with PSR (with objections) and discovery documents. An index of transcripts would allow me to weed-out what I don't want and avoid having to handle those portions entirely.

    <u>Please</u> keep in mind that I only have 5 months to file my §2255 and must have access to these records/transcripts to do so lest I'm forced to file a sweeping §2255 and complain to court about not having records...a course of action that would only complicate the process.

    I await your response with much anxiety. Thank you for your time and concern in this matter.

With Kindest Regards,

/s/ *William Soto*
William Soto-Beniquez

Copy to:  Clerk of Court
          U.S. Dist. Court
          District of Puero Rico
          File

**Exhib. A**

February 7, 2005

Ms. Marlene Aponte Cabrera
Attorney At Law
Sierra Morena 271  MSC 128
Las Cumbres
San Juan, PR  00926

Re: Criminal Case  3:97-CR-076-DRD-ALL

Dear Ms. Cabrera:

This letter is written to follow-up on my previous request for files and ask you for information as to the many sealed documents listed in the docket sheet for my criminal case. For example, docket Nos. 489-492 (attached sheet). Could you please explain the substance of these documents and/or what they relate to and why the need to seal them. I have this same day moved in the district court by letter/motion requesting that these documents be unsealed (see attached letter/motion).

Please find time to answer these questions and help me get my files as my §2255 deadline date is quickly approaching and I do not wish to have the Court involved in this matter between us.

Thank you for your time and concern in this matter.

With Kindest Regards,

/s/ *William Soto*
William Soto-Beniquez
#52697-004
US Pen. POB 150160
Atlanta, GA   30315

Attachments

cc: Files



Exhib. B