AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NUMBER: 97-76(DRD) |
| WILLIAM SOTO BENIQUEZ, ET. AL. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

*S/Jacabed Rodriguez-Coss*
*USDC No. 207309*
*Torre Chardon, Suite 1201*
*350 Carlos Chardon Street*
*San Juan, Puerto Rico 00918*
*Tel: (787) 766-5656*
*Fax: (787)766-6222*
*Email: jacabed.rodriguez@usdoj.gov*

*Dated: March 23, 2004*