William Soto-Beniquez 52697004
US Penitentiary
P.O. Box 150160
Atlanta, GA  30315

U.S. District Court
Federal Courthouse Bldg.
Office of the Clerk
Hato Rey, PR   00918-1767

*Legal Mail*